PETER R. BOUTIN, CASB No. 65261
peter.boutin@kyl.com
CHRISTOPHER A. STECHER, CASB No. 215329
christopher.stecher@kyl.com
ALEXANDER J. BUKAC, CASB No. 305491
alexander.bukac@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:     (415) 398-6000
Facsimile:      (415) 981-0136

TIMOTHY P. HARKNESS, (*pro hac vice*)
timothy.harkness@freshfields.com
BENJAMIN A. GIANFORTI (*pro hac vice*)
benjamin.gianforti@freshfields.com
WERONIKA BUKOWSKI, (*pro hac vice*)
weronika.bukowski@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone:     (212) 277-4000
Facsimile:      (212) 277-4001

Attorneys for Defendants
ACERTA PHARMA B.V., ASTRAZENECA PLC and ACERTA
PHARMA LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL IZUMI, | Case No. 3:17-cv-05304-LB |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING SUPPLEMENTAL BRIEFING AND TO CONTINUE HEARING DATE;** |
| ACERTA PHARMA B.V., ASTRAZENECA PLC, ACERTA PHARMA LLC, and DOES 1 through 20, inclusive, | **[PROPOSED] ORDER THEREON** |
| Defendants. | |

WHEREAS, Plaintiff RAQUEL IZUMI ("Plaintiff") filed a Complaint (the "Complaint")

- 1 -

against Defendants ACERTA PHARMA B.V. and ASTRAZENECA PLC (collectively, "Defendants") on or about July 21, 2017, in San Mateo County Superior Court; and

WHEREAS, Defendants removed the lawsuit to this Court on September 13, 2017; and

WHEREAS, Defendants filed a Motion to Transfer Venue, for which a hearing is currently scheduled on November 9, 2017 in this Court; and

WHEREAS, Plaintiff filed a Motion to Remand Action to Superior Court, for which a hearing is also currently scheduled on November 9, 2017 in this Court; and

WHEREAS, Plaintiff filed a First Amended Complaint on October 18, 2017, adding as a Defendant ACERTA PHARMA LLC; and

WHEREAS, Defendants sought and obtained leave of Court to file a Sur-Reply Brief regarding Plaintiff's Motion to Remand; and

WHEREAS, counsel for the parties met and conferred telephonically on October 30, 2017 regarding a proposed supplemental briefing schedule related to Plaintiff's Motion to Remand; and

WHEREAS, counsel for the parties met and conferred telephonically on October 30, 2017 regarding a proposed supplemental briefing schedule related to Plaintiff's Motion to Remand; and

WHEREAS, the Parties respectfully request that the Court continue the hearings on Defendants' Motion to Transfer and Plaintiff's Motion to Remand to accommodate the proposed briefing schedule and for the convenience of the Court and the Parties;

IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Defendants, on the other, through their respective counsel of record herein, that:

- ➢ Defendants shall file their Sur-Reply Brief regarding Plaintiff's Motion to Remand by October 30, 2017; and
- ➢ Plaintiff shall file any response to Defendants' Sur-Reply Brief by Friday, November 3, 2017; and
- ➢ Subject to the Court's convenience and Order, the hearing on Defendants' Motion to Transfer and Plaintiff's Motion to Remand shall be moved to November 30, 2017 at 9:30 a.m. to accommodate the schedules of all Parties and the Court; and
- ➢ The deadline for Defendants to respond to Plaintiff's First Amended Complaint shall

be continued until a week after the Court's decision on the pending Motion to Remand and Motion to Transfer Venue.

DATED: October 30, 2017     /s/ Christopher A. Stecher[1]
PETER R. BOUTIN
CHRISTOPHER A. STECHER
ALEXANDER J. BUKAC
KEESAL, YOUNG & LOGAN

Attorneys for Defendants
ACERTA PHARMA B.V., ASTRAZENECA PLC and ACERTA PHARMA LLC

DATED: October 30, 2017     /s/ David A. Lowe
DAVID A. LOWE
WILLIAM P. McELHINNY
RUDY, EXELROD, ZIEFF & LOWE, LLP

Attorneys for Plaintiff
RAQUEL IZUMI

# [~~PROPOSED~~] ORDER

**PURSUANT TO THE FOREGOING STIPULATION AND GOOD CAUSE THEREFOR, IT IS HEREBY ORDERED THAT:**

Defendants shall file their Sur-Reply Brief to Plaintiff's Motion to Remand by October 30, 2017. Plaintiff shall file any response to Defendants' Sur-Reply Brief by Friday, November 3, 2017. The hearing on Defendants' Motion to Transfer and Plaintiff's Motion to Remand shall be moved to November 30, 2017 at 9:30 a.m. The deadline for Defendants to respond to Plaintiff's First Amended Complaint shall be continued until one week after the Court's decision on the pending Motions.

**IT IS SO ORDERED.**

DATED: _____October 30_____, 2017     _/s/ (signature)_
THE HONORABLE LAUREL BEELER
United States Magistrate Judge

---

[1] Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this Stipulation has been obtained from each of the other Signatories and that Keesal, Young & Logan, counsel for Defendants, will maintain records to support this concurrence.